**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FRANK BRETT,**
      **Plaintiff,**

-vs-               Case No. 6:07-cv-2023-Orl-31GKJ

**STATE OF FLORIDA POLICE; U.S. CUSTOMS; ORLANDO SHERIFF'S DEPT. SECTOR V; C-3 CHURCH; PASTER BYRON BLEDSOE; UNIVERSITY PRESBYTERIAN CHURCH; PARK LAKE PRESBYTERIAN CHURCH; ORLANDO POLICE DEPT.; SYNTEC CORP.; METRO PCS; MASSEY CADILLAC; ORLANDO DEPT. OF CORRECTIONS,**
      **Defendants.**
_____

## ORDER

  This cause comes before the Court on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) filed December 21, 2007.

  On January 3, 2008, the United States Magistrate Judge issued a report (Doc. No. 7) recommending that the motion be denied and the Complaint be dismissed as frivolous. No objections have been filed. Therefore, it is **ORDERED** as follows:

  1.  The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

  2.  The Motion to Proceed *In Forma Pauperis* is **DENIED**.

  3.  The Complaint is dismissed as frivolous. The Plaintiff shall have 11 days from the date of this order to file an amended complaint setting forth a cognizable claim within the limited

jurisdiction of this Court.  Any such amended complaint shall meet the requirements of Rule 8 of the Federal Rules of Civil Procedure as set forth in the Report and Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 22nd day of January, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE